IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRODERICK POWELL, #T3791                                                    PETITIONER

VERSUS                                                    CIVIL ACTION NO. 4:06cv143-TSL-LRA

LAWRENCE KELLY, et al.                                                    RESPONDENTS

ORDER

This matter is before the court on petitioner Broderick Powell's request for habeas corpus relief pursuant to 28 U.S.C. § 2254.  Upon initial review of the petition submitted, it is, hereby,

ORDERED that the Clerk add Lawrence Kelly as the proper respondent to this habeas petition as provided for by the petitioner in his response [6-1].

IT IS FURTHER ORDERED that the respondent, through Jim Hood, file an answer or other responsive pleading in this cause within 20 days of the service upon the said Jim Hood of a copy of this order.  Respondent shall file with his answer or other responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of armed robbery against petitioner in the Circuit Court of Lauderdale County, Mississippi.

IT IS FURTHER ORDERED that the clerk of court shall serve, by certified mail, a copy of the petition [1-1] filed herein, a copy of the document docketed as Notice re: "show cause" [2-1] and a copy of this order upon Jim Hood, Attorney General of the State of Mississippi.  The clerk of this court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

SO ORDERED, this the 11th day of December, 2006.

s/  Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE