# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**BRODERICK B. POWELL, #T3791**                                                    **PETITIONER**

**VS.**                                                       **CIVIL ACTION NO.: 4:06cv143-TSL-LRA**

**LAWRENCE KELLY, ET AL**                                                         **RESPONDENTS**

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of United States Magistrate Judge Linda Randle Anderson entered in this cause on or about March 8, 2007, and the Court, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 10th day of April, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE